# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JAMES NELSON,

      Plaintiff,

vs.                                                             Civ. No. 19-907 RB/KK

STATE FARM FIRE & CASUALTY
COMPANY,

      Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH CHANGES AND SETTING CASE MANAGEMENT DEADLINES

THIS MATTER came before the Court at a Telephonic Rule 16 Initial Scheduling Conference held on November 8, 2019. Following a review of the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 7), filed October 29, 2019, and after conferring with counsel, the Court adopts the Joint Status Report and Provisional Discovery Plan modified as follows:

    a)    Maximum of 25 Interrogatories by each party to any other party;

    b)    Maximum of 25 Requests for Production by each party to any other party;

    c)    Maximum of 25 Requests for Admission by each party to any other party;

    d)    Maximum of 8 depositions by each party; and,

    e)    Depositions are limited to 4 hours, except for depositions of parties and experts, which are limited to 7 hours, all unless extended by agreement of the parties.

The following case management deadlines have been set:

    a)    Deadline for Plaintiff to amend and join additional parties by written consent or to seek the Court's leave to amend and join additional parties in compliance with Fed. R. Civ. P. 15(a)(2):                    December 15, 2019

    b)    Deadline for Defendant to amend and join additional

|   |   |   |
|---|---|---|
|   | parties by written consent or to seek the Court's leave to amend and join additional parties in compliance with Fed. R. Civ. P. 15(a)(2): | December 31, 2019 |
| c) | Plaintiff's Rule 26(a)(2) expert disclosures[1]: | February 28, 2020 |
| d) | Defendant's Rule 26(a)(2) expert disclosures[1]: | April 1, 2020 |
| e) | Termination date for discovery[2]: | June 15, 2020 |
| f) | Motions relating to discovery to be filed by[3]: | July 6, 2020 |
| g) | Pretrial motions other than discovery motions (including motions which may require a *Daubert* hearing) filed by: | July 16, 2020 |
| h) | Pretrial Order: Plaintiff to Defendant by:<br>Defendant to Court by: | September 21, 2020<br>October 5, 2020 |

Parties may not modify case management deadlines on their own. Good cause must be shown and the Court's express, written approval obtained for any modification of the case management deadlines set forth herein. Any requests for additional discovery must be submitted to the Court by motion before the expiration of the discovery. The parties must supplement their disclosures or discovery responses pursuant to Fed. R. Civ. P. 26(e)(1) within twenty-one (21) days of learning any disclosure or response is incomplete or incorrect. After the close of discovery, parties must supplement their disclosures or discovery responses as soon as possible, but no later than three (3) days after learning of the need to supplement.

---

[1] Parties must disclose the names of all expert witnesses, the subject matter on which the experts will present evidence, and a summary of the facts and opinions to which the experts are expected to testify by this date. Experts who are retained or specifically employed to provide expert testimony must also submit an expert report by this date. *See* Fed. R. Civ. P. 26(a)(2). The parties must have their retained expert(s) ready to be deposed at the time they identify them and provide their reports. Expert witnesses who are not required to provide a written report may be deposed before summary disclosure.

[2] Discovery must be <u>completed</u> on or before this deadline.

[3] This deadline should not be construed to extend the twenty-one day time limit in D.N.M.LR-Civ. 26.6.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE